UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CV 11-03205-MMM(JEMx) |
|---|---|
| Plaintiffs, | ) |
| vs. | ) ORDER DISMISSING CIVIL ACTION |
| $171,425.00 IN U.S. CURRENCY, et al., | ) |
| Defendants. | ) |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __30__ **days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: March 1, 2013

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE