ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JENNIFER M. RESNIK
Assistant United States Attorney
Asset Forfeiture Section
(Cal. State Bar # 233634)
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6595
    Facsimile: (213) 894-7177
    E-mail: jennifer.resnik@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>      v.<br>$171,425.00 IN U.S. CURRENCY<br>and $4,883.28 IN U.S. CURRENCY,<br>      Defendants.<br><br>MICHAEL GALICIA,<br>      Claimant. | Case No.: CV 11-03205-MMM (JEMx)<br><br>[~~proposed~~] CONSENT JUDGMENT OF FORFEITURE |

//

//

This action was filed on April 14, 2011.  The government represents that notice was given and published in accordance with law.  Claimant Michael Galicia ("Claimant") filed the only claim to defendants $171,425.00 in U.S. currency and $4,883.28 in U.S. currency (collectively the "defendant funds") which were seized on or about May 11, 2010, pursuant to federal seizure warrants from Bank of America account numbers xxxxx-x4527 and xxxxx-x4929, respectively, in the name of Michael Galicia.  No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired.  Plaintiff and Claimant have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

A.   This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

B.   The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

C.   Notice of this action has been given in accordance with law.  All potential claimants to the defendant funds other than Claimant are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

D.   The United States of America shall have judgment as to $126,308.28 of the defendant funds, together with all interest earned by the government on $126,308.28 of the defendant funds since seizure, and no other person or entity shall have any

right, title or interest therein.

E. $50,000.00 of the defendant funds, together with all interest earned by the government on that amount since seizure, shall be paid to Claimant not later than sixty (60) days from the date of entry of this judgment to by electronic transfer directly into the account entitled "Egerman & Brown, LLP, Client Trust Account." Claimant's counsel agrees to provide appropriate financial institution account information within 10 days of execution of this consent judgment. Said payment shall be subject to applicable federal law.

F. Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the United States Secret Service, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the Claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise. Nothing in this proposed consent judgment is intended as, nor should anything in this proposed consent judgment be interpreted as an admission by claimant of any liability or wrongdoing.

///
///
///

G. The court finds that there was reasonable cause for the seizure of the defendant funds and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: March 14, 2013

_____
THE HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

Dated: March 14, 2013         ANDRÉ BIROTTE JR.
                              United States Attorney
                              ROBERT E. DUGDALE
                              Assistant United States Attorney
                              Chief, Criminal Division
                              STEVEN R. WELK
                              Assistant United States Attorney
                              Chief, Asset Forfeiture Section

                                   /s/         _____
                              JENNIFER M. RESNIK
                              Assistant United States Attorney
                              Asset Forfeiture Section

                              Attorneys for Plaintiff
                              United States of America

DATED: March 14, 2013         EGERMAN & BROWN, LLP


                                   /s/         _____
                              LEE EGERMAN
                              Attorney for Claimant
                              Michael Galicia

4